IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NICHOLAS KELLER,

Plaintiff,

v.

ANTHONY DOUGLAS, et. al.,                    Case No. 26-CV-00362-SPM

Defendants.

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court is a Joint Motion titled "Stipulation to Remand" (Doc. 18) filed by Plaintiff Nicholas Keller and Defendant Amazon.com Services, LLC, ("Amazon") agreeing that this case should be remanded to the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. (Doc. 18).

On March 26, 2026, before Defendant Anthony Douglas was served, Amazon removed this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. (Doc. 1). On April 18, 2026, Keller moved to remand, arguing that removal under 28 U.S.C. § 1332 was improper because Keller and Douglas are both citizens of Missouri. (Docs. 9, 10). Amazon did not respond until the Parties filed the instant Joint Motion stipulating to remand. (Doc. 18). In the Parties' Joint Motion, the Parties request that no costs, expenses, or attorney's fees be assessed to any party in connection with the remand.

In light of the Joint Motion, this case is hereby **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois. All pending motions, deadlines, and settings are hereby terminated as moot.

**IT IS SO ORDERED.**

**DATED:   June 2, 2026**

**STEPHEN P. McGLYNN**
**U.S. District Judge**